# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133134 & (93)

KAY INVESTMENT COMPANY, LLC,
            Plaintiff-Appellant,

v

BRODY REALTY I, LLC,
            Defendant-Appellee,
and

GEORGE BRODY TRUST and
ROBERT BRODY,
            Defendants.
_____

SC:    133134
CoA:  263549
Wayne CC:  04-436963-CZ

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2007

Clerk